Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                          ) Case No.: 2:09-bk-26376-ER
                                                )
  Greene, Shannon                              ) TRUSTEE'S NOTICE OF
                                                ) UNCLAIMED DIVIDEND
                                                ) (Bankruptcy Rule 3011)
                                                )
                                                )
                                                )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 632531 in the sum of $245.25 – $195.25 of which represents the amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

    Wachovia Dealer Services, Inc.
    P. O. Box 25341
    Santa Ana, CA 92799

Date: March 3, 2011                              /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                  Check No. 632531

Pay to: 50000300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)☐☐

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0926376-ER | 401-0 | GREENE, SHANNON | 5N103863 | 1,949.74 | 195.25 | 0.00 | 195.25 |
| 1010347-ER | 999-0 | FLORES, AURELIA | | 0.00 | 50.00 | 0.00 | 50.00 |

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
Suntrust Bank

64-79
611

No. 632531

February 17, 2011

PAY **Two Hundred Forty Five Dollars and 25 Cents**********
TO THE ORDER OF

AMOUNT ********$245.25***

VOID AFTER May 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT., U.S. COURTHOUSE
312 N. SPRING STREET, RM 906
LOS ANGELES, CA 90012

*Nancy Curry* (signature)

⑈632531⑈  ⑆061100790⑆  000000575200⑈